UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES WIRTH,<br><br>                    Petitioner,<br>    v.<br>ROBERT LEGRAND, et al.,<br><br>                    Respondents. | Case No. 2:17-cv-00027-RFB-VCF<br><br>ORDER |

In response to this court's order, pro se 28 U.S.C. § 2254 habeas corpus petitioner Charles Wirth filed what he styled as a motion to waive unexhausted grounds (ECF No. 65). The court construes this filing as Wirth's declaration that he wishes to formally and forever abandon the unexhausted grounds for relief in his federal habeas petition and proceed on the exhausted grounds (*see* ECF No. 64).

Respondents have also filed a motion for extension of time to file their answer to the remaining grounds (ECF No. 67). Good cause appearing,

**IT IS ORDERED** that petitioner's motion to waive unexhausted grounds (ECF No. 65) is **GRANTED** as set forth in this order.

. . .

. . .

. . .

1   **IT IS FURTHER ORDERED** that respondents' motion for extension of time to file their answer to the petition's remaining claims (ECF No. 67) is **GRANTED**. Respondents should file their answer within **45 days** of the date of this order.

DATED: 15 June 2020.

                                             _____
                                             RICHARD F. BOULWARE, II
                                             UNITED STATES DISTRICT JUDGE