UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES WIRTH, | Case No. 2:17-cv-00027-RFB-VCF |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, et al., | |
| Respondents. | |

Charles Wirth's pro se 28 U.S.C. § 2254 habeas corpus petition is before the court on motions by both parties. Wirth filed a motion for exemption from the fees charged to download copies of documents from the court's electronic filing system (ECF No. 74). Wirth asks that the clerk send him an "email with the link for the one free download for all documents." There is no such link. Wirth's motion is denied. However, the court will direct the Clerk to re-send to petitioner the exhibits on file in order to ensure that he has the state-court records to reference when he files his reply in support of his petition.

**IT IS THEREFORE ORDERED** that petitioner's motion for exemption (ECF No. 74) is **DENIED**.

**IT IS FURTHER ORDERED** that the **Clerk send** petitioner, via regeneration of the Notice of Electronic Filing, a copy of the exhibits found at ECF Nos. 18-24.

**IT IS FURTHER ORDERED** that respondents' motion to extend time to file an answer to the petition (ECF No. 69) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that petitioner's first and second motions for extension of time to file a reply in support of the petition (ECF Nos. 73, 75) are both **GRANTED**. Petitioner has up to and including **30 days** from the date this order is entered to file his reply.

DATED: 17 November 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE