# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES M. WIRTH,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>ROBERT LEGRAND, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:17-cv-00027-RFB-VCF<br><br>**ORDER** |

　　　This habeas matter is before the Court on Petitioner Charles M. Wirth's "Submission of Motion." (ECF No. 81.) Wirth requests that all matters currently pending before this court be submitted for decision. (Id.) Wirth explains that there has been no action in his case since December 2020, and as such, he is concerned that this court has forgotten about his case. (Id.)

　　　This Court is diligently working on an order addressing the merits of Wirth's petition for writ of habeas corpus under 28 U.S.C. § 2254. An order will be issued in due time.

　　　**IT IS THEREFORE ORDERED** that Petitioner's Submission of Motion (ECF No. 81) is **denied**.

　　　Dated: May 26, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT